UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACHARY IRWIN POND,<br><br>        Petitioner,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>        Respondent. | CASE NO. 3:23-cv-05599-BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 7, recommending that the Court deny pro se petitioner Zachary Pond's 28 U.S.C. § 2254 habeas petition without prejudice for failure to keep the Court apprised of his address and failure to respond to a court order. Pond has not objected or otherwise responded.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and

ORDER - 1

recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

      The R&R is **ADOPTED**. Pond's § 2254 habeas petition is **DENIED**, and this matter is **DISMISSED without prejudice**, for failure to prosecute. The Court will not permit Pond to proceed *in forma pauperis* in the event of an appeal.

      The Clerk shall enter a **JUDGMENT** and close the case.

      **IT IS SO ORDERED**.

      Dated this 4th day of January, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2